**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

August 12, 2022

Honorable Loretta Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re    United States v. Keita
           22-cr-435 (LAP)

Dear Judge Preska:

    I am counsel for Jailyn Hilliard, one of the defendants in the above-captioned case pending before you. I write to ask the Court to extend the deadline, which is today, for one week for Ms. Hilliard to meet one of her bail conditions: that she have two financially responsible parties sign a $25,000 bond. The government has approved one co-signer but has not yet decided on the suitability of the other. The government consents to this request. I apologize for the late request.

**SO ORDERED.**
Dated:   August 12, 2022
         New York, New York

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

Cc: AUSA Jane Chong (via ECF)

*Loretta A. Preska* (signature)
LORETTA A. PRESKA
Senior United States District Judge