**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

August 29, 2023

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

     Re:   United States v. Keita, et al. (Jailyn Hilliard)
            22-cr-435 (LAP)

Dear Judge Preska:

    I am counsel for Jailyn Hilliard, one of the defendants in the above-captioned case pending before this Court. One of the conditions of her release is that Ms. Hilliard is subject to a curfew. I submit this letter motion to request that the Court modify Mr. Hillard's curfew for this Friday, September 1, 2023. Ms. Hilliard's grandparents will celebrate their 50th wedding anniversary. Ms. Hilliard would like to attend. I therefore ask that you <u>extend her curfew for September 1, 2023, from 9:30 p.m. to midnight.</u> I have spoken with the Pretrial Services Officer who is supervising her and with the Assistant United States Attorney who is representing the government in this case. Neither objects to this request.

SO ORDERED.

_Loretta A. Preska_
_____
8/29/2023

Respectfully submitted,

/s/
Stephanie M. Carvlin

cc:   AUSA Jane Chong (via ECF)
       Pretrial Service Officer Melvin Siebenmorgen (via email)