**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN,　　　　　　　　　　　　　　　　　TELEPHONE: 917-549-0873
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　　　FAX: 212-608-9499
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

September 14, 2023

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

　　　　Re:　United States v. Keita, et al. (Jailyn Hilliard)
　　　　　　　22-cr-435 (LAP)

Dear Judge Preska:

　　　　I am counsel for Jailyn Hilliard, one of the defendants in *United States v. Keita*, 22-cr-435 (LAP), a case pending before the Court. Ms. Hilliard was released on bond more than a year ago with conditions that included electronic monitoring. A Pretrial Services Officer in the District of her residence monitors her directly, but the Pretrial Services Office in the Southern District of New York has ultimately authority for her supervision. I have been advised by Officer Courtney DeFeo, a Pretrial Services Officer here in the Southern District, that Ms. Hillard's Pretrial Service Office in the District of her residence reports that Ms. Hilliard has remained in full compliance with her curfew and location monitoring. I therefore ask that the Court <u>remove the condition that Ms. Hilliard be subject to location monitoring.</u> Pretrial Services in this District and the government consent to this request.

SO ORDERED.

*Loretta A. Presska*
9/15/2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie Carvlin

　　　cc:　AUSA Jane Chong (via ECF)
　　　　　　Pretrial Service Officer SDNY Courtney M. DeFeo (via email)
　　　　　　Pretrial Services Office Melvin Siebenmorgen (via email)