**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4600
New York, New York   10005

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

September 29, 2023,

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

    Re:    United States v. Keita, et al. (Jailyn Hilliard)
            22-cr-435 (LAP)

Dear Judge Preska:

I am counsel for Jailyn Hilliard, one of the defendants in the above-captioned case. The Court has scheduled a conference for October 3, 2023, at 11:00 a.m. I write to ask the Court to permit Ms. Hilliard and me to appear by videoconference. Because Ms. Hilliard resides in Little Rock, Arkansas, and she has full-time employment, requiring her to travel to New York would be expensive and disruptive.

This Court has the authority to permit Ms. Hilliard to appear remotely. See *United States v. Salim*, 690 F.3d 115, 121 (2d Cir. 2012)(In non-capital case a defendant may waive the right to be present as long as the waiver it knowing and voluntary). I have advised Ms. Hilliard that she has a right to appeal in person (and an obligation to do so unless excused by the Court). She understands that right and will waive it if the Court grants this request.

I have consulted with Assistant United States Attorney Jane Chong, and the government has no objection to this request.

Respectfully submitted,

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/4/23

_____/s/_____
Stephanie Carvlin