**STEPHANIE M. CARVLIN, ESQ.**
71 Hudson Street, Suite 5
New York, New York  10013

STEPHANIE M. CARVLIN,                                TELEPHONE: 917-549-0873
ATTORNEY AT LAW                                     FAX: 212-608-9499
                                                    E-MAIL: CARVLIN@HOTMAIL.COM

March 29, 2024

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *United States v. Keita, et al.* (Jailyn Hilliard)
      22-cr-435 (LAP)

> Defendant's request is granted.  Ms. Hilliard and counsel may appear remotely at the conference scheduled for April 3, 2024.
>
> **SO ORDERED.**          *Loretta A. Preska*
>
> LORETTA A. PRESKA, U.S.D.J.
> 03/29/2024

Dear Judge Preska:

   I am counsel for Jailyn Hilliard, one of the defendants in the above-captioned case. The Court has scheduled a conference for April 3, 2024, at noon. I write to ask the Court to permit Ms. Hilliard and me to appear by video-conference. Because Ms. Hilliard resides in Little Rock, Arkansas, and she has full-time employment, requiring her to travel to New York would be expensive and disruptive.

   This Court has the authority to permit Ms. Hilliard to appear remotely. *See United States v. Salim,* 690 F.3d 115, 121 (2d Cir. 2012)(In non-capital case a defendant may waive the right to be present as long as the waiver it knowing and voluntary). I have advised Ms. Hilliard that she has a right to appeal in person (and an obligation to do so unless excused by the Court). She understands that right and will waive it if the Court grants this request. This Court has previously permitted Ms. Hilliard to appear remotely.

   I have consulted with Assistant United States Attorney Jane Chong, and the government has no objection to this request.

Respectfully submitted,

/s/
Stephanie Carvlin

cc: AUSA Jane Chong
All co-counsel (via ECF)