UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22-435 (LAP) |
| Appellee, | : | <u>ORDER</u> |
| v. | : | |
| JAILYN HILLIARD, | : | |
| Defendant-Appellant. | : | |

------------------------------------------------------------------------x

Upon the application of STEPHANIE M. CARVLIN, ESQ., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby,

IT IS HEREBY ORDERED, that the United States Marshals Service shall arrange for the non-custodial transportation by air of JAILYN HILLIARD, a defendant in this action, from any appropriate airport in or near Little Rock, Arkansas to any appropriate airport in or near New York City, departing on March 17, 2025.

The Court further authorizes the use of CJA funds for the purpose of purchasing a return airline ticket from New York City to Little Rock, Arkansas, departing the evening of March 17, 2025.

Dated: New York, New York
       March _4_, 2025

SO ORDERED

*Loretta A. Preska*
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District Court