**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

June 10, 2025

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

  Re: <u>United States v. Keita, et al</u>. (Jailyn Hilliard)
     22-cr-435 (LAP)

Dear Judge Preska:

  I am counsel for Jailyn Hilliard who is scheduled to be sentenced by the Court on June 24, 2025, at 1:00 p.m. I write to request that the Court adjourn sentencing until July 22, 2025, at 2:00 p.m. I have consulted with your Court Deputy and determined that the Court is available at that time. I make this request to permit Ms. Hilliard's mother and perhaps other family members to attend the sentence hearing. The family members reside in Little Rock, Arkansas, and air travel on June 24, 2025, to New York City is unusually expensive. I have checked the airfares for July 22, 2025, and have determined that they are approximately half the cost of the fares on June 24, 2025.

  I have consulted with the government, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: AUSA Jane Chong (via ECF)

```
SO ORDERED.  The Clerk of the Court shall close
docket number 201.

Dated: June 11, 2025
```

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.
