```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America,          :
                                   :
                                   :
               Plaintiff(s),       :    22 CR 435 (LAP)
                                   :
                                   :    SCHEDULING ORDER
       -against-                   :
                                   :
Jailyn Hilliard,                   :
                                   :
               Defendant(s).       :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the sentencing scheduled for July 22, 2025 at 2:00 pm is adjourned to July 23, 2025 at 2:00 pm.

SO ORDERED.

*Loretta A. Preska*
_____
Loretta A. Preska, Senior U.S.D.J.

Dated:   June 17, 2025
        New York, New York