UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :

                                                  :     22-cr-435 (LAP)
            -v-

                                                  :     <u>ORDER</u>

JAILYN HILLIARD,                                  :

            Defendant                             :

------------------------------------------------------------------------x

Upon the application of STEPHANIE CARVLIN, ESQ., pursuant to 18 U.S.C. §4285, and upon a finding that the interest of justice would be served thereby,

IT IS HEREBY ORDERED, that the United States Marshals Service shall arrange for the non-custodial transportation by air of JAILYN HILLIARD, a defendant in this action, from any appropriate airport in or near Little Rock, Arkansas to any appropriate airport in or near New York City, departing on July 23, 2025.

This Court further authorizes Stephanie Carvlin, Esq. to use CJA funds for the purpose of purchasing a return airline ticket for Jailyn Hilliard from New York City to Little Rock, Arkansas, departing the evening of July 23, 2025.

Dated: New York, New York
       July   11 , 2025

                                        SO ORDERED

                                        _____
                                        The Honorable Loretta A. Preska
                                        United States District Judge
                                        Southern District of New York