**STEPHANIE M. CARVLIN, ESQ.**
71 Hudson Street
Suite 5
New York, New York   10013

STEPHANIE M. CARVLIN,　　　　　　　　　　　TELEPHONE: 917-549-0873
ATTORNEY AT LAW　　　　　　　　　　　　　　FAX: 212-608-9499
　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

August 25, 2025

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

　　　　Re:　United States v. Keita, et al. (Jailyn Hilliard)
　　　　　　 22-cr-435 (LAP)

Dear Judge Preska:

　　　I write to request that the Court approve my reimbursement through CJA funds of $398.48 of my own money that I spent to purchase an airline ticket for my client, Jailyn Hilliard, to travel from Little Rock, Arkansas to New York on July 23, 2025, for her sentence hearing. Prior to the sentence hearing, I requested and received an Order from this Court directing the United States Marshals Service to arrange and pay for Ms. Hilliard to be transported by air from her home to New York for her sentencing. However, the only flight the Marshals Service was able to provide would have required Ms. Hilliard to travel from her home in Little Rock on July 21, change planes in Atlanta and then arrive at LaGuardia at 1:00 a.m. on July 22, more than 36 hours before her sentence hearing. I concluded that this option was not viable given Ms. Hilliard's limitations, and I purchased an airline ticket for her to take a direct flight on July 23, the morning of her sentence date. I have been advised by the CJA Office that the Court must approve this expenditure. I apologize for not seeking permission in advance.

　　　I have consulted with the Assistant United States Attorney who represented the government in this case, and the government has no objection to this request.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Stephanie Carvlin

cc: AUSA Jane Chong (via ECF)

Defense counsel's request for reimbursement through CJA funds of the amount she spent to purchase an airline ticket for Ms. Hilliard to travel from Arkansas to New York on July 23, 2025 is GRANTED.  The Clerk of the Court shall close docket number 224.

**SO ORDERED.**

Dated: August 26, 2025

_____
LORETTA A. PRESKA, U.S.D.J.